UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, Jr., <br><br> Plaintiff, <br><br> v. <br><br> PARKS, et al., <br><br> Defendants. | No. 1:19-cv-00682-DAD-SKO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS <br><br> (Doc. Nos. 2, 10, 12) |

Plaintiff Rodney C. Buckley, Jr., is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983 and is applying to proceed *in forma pauperis*. (Doc Nos. 2, 10.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied because plaintiff "had over one thousand dollars at his disposal within six months of the date he filed this action"[1] but instead prioritized "purchases from the canteen and other vendors over payment of the filing fee." (Doc. No. 12 at 3–4.) The findings and recommendations were served on plaintiff and

---

[1] The court notes that plaintiff's claims accrued in 2015 but he waited until May 14, 2019 to file this action. (Doc. No. 1.)

1

contained notice that objections thereto were due within twenty-one (21) days. (*Id.*) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed on July 16, 2019 (Doc. No. 12) are adopted in full;
2. Plaintiff's applications to proceed *in forma pauperis*, (Doc. Nos. 2, 10), are denied; and
3. This action is dismissed without prejudice to refiling with prepayment of the filing fee; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 11, 2019**

_____
UNITED STATES DISTRICT JUDGE